**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 24.189.20.109**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Long Beach, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/24/2018 22:13:25 | 41019DDD30A5530F4784520AD0958F8140FDE756 | Surprise Sex For Three |
| 10/14/2018 10:06:43 | 3B38DACB9530C6AEC7D8364900B0052BAC28678D | Would You Fuck My Girlfriend |
| 10/12/2018 13:30:39 | DD1A21ACF87BED6A1FAC861C068905DF45CE265C | My First Video Is A Threesome |
| 10/08/2018 09:04:37 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 10/08/2018 09:03:25 | 511D6FBD106FA538974F251AB9F1B1B8B6CBE052 | Hot Russian Fucking |
| 10/08/2018 09:03:00 | 484FA88462A4177609A2F12E412BA1436F7316F3 | Teach Me About Sex |
| 10/08/2018 09:01:46 | 8EF3922426D4733FB2D6F9DFD544C151A1B85222 | Hot Euro Brunettes |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

ENY149