UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                                 :

MALIBU MEDIA, LLC,                           :
                                                                  :      Case No. 2:18-cv-07159-JMA-SIL
                       Plaintiff,                    :
                                                                   :
                vs.                                       :
                                                                   :
JOHN DOE subscriber assigned IP address  :
24.189.20.109,                                        :
                                                                   :
                       Defendant.               :
-----------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.189.20.109. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 26, 2019                Respectfully Submitted,

                                                      By: <u>/s/ Kevin T. Conway, Esq.</u>
                                                      Kevin T. Conway, Esq.
                                                      NY Bar No.: 2133304
                                                      80 Red Schoolhouse Road,
                                                      Suite 110
                                                      Spring Valley, NY 10977-6201
                                                      T: (845) 352-0206
                                                      F: (845) 352-0481
                                                      Email: ktcmalibu@gmail.com
                                                      *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Kevin T. Conway*